Filing # 130744042 E-Filed 07/15/2021 03:20:09 PM

16-2021-CA-003929-XXXX-MA Div: CV-E

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

DAVID KASTNER,
an individual

CASE NO.: 21-CA-03929
DIVISION: CV-E

    Plaintiff,

vs.

LIBERTY MUTUAL
INSURANCE COMPANY,
a Florida Profit Corporation

    Defendant.
_____/

## COMPLAINT

Plaintiff, DAVID KASTNER ("Plaintiff"), by and through his undersigned counsel, hereby file this lawsuit against Defendant, LIBERTY MUTUAL INSURANCE COMPANY, Florida Profit Corporation ("Defendant"), and demand a trial by jury of all claims alleged herein. In support of this lawsuit, Plaintiffs state as follows:

### GENERAL ALLEGATIONS

1. Plaintiff resides in Jacksonville, Duval County, Florida, and is the owner of the residential property located at 10469 Greenmore Dr, Jacksonville, FL 32246. (Hereafter the "Property") that is the subject of these claims and lawsuit.

2. Defendant is a Florida Profit Corporation that is authorized to do business in the State of Florida, including Duval County, Florida. More specifically, Defendant is an insurance company that issues and sells homeowners insurance policies to residents in Duval County, Florida, including the Plaintiff.

3. Jurisdiction and venue are proper in this Court, and in Duval County, Florida.

4. Defendant issued a policy of homeowner insurance to Plaintiff bearing policy number: H32-251-332370-10 0 5 for the Property, attached as "Exhibit A".

5. Defendant is in exclusive control of the complete and applicable homeowner's insurance policy.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 07/16/2021 09:09:36 AM

6. On or about February 12, 2021, Plaintiff and the Property sustained damage as a result of water damage.

7. The insurance policy issued by Defendant was in full force and effect on the above-referenced date of loss.

8. Plaintiff paid money to Defendant for the insurance policy in order to cover the damages to Plaintiff and the Property that was damaged as a result of the water damage, and other covered perils.

9. The damage to the Plaintiff and to the Property that is the subject of this lawsuit is a covered loss or peril under the insurance policy.

10. The losses and damages to the Plaintiff and the Property were reported to Defendant.

11. Defendant assigned claim number 044884145-01, and Defendant assigned an insurance adjuster to adjust these losses.

12. Before filing this lawsuit, Defendant, and/or its agents, were allowed to inspect the Property and the damages.

13. Before filing this lawsuit, Defendant, and/or its agents, did in fact complete inspections of the Property and the damages.

14. Before filing this lawsuit, Plaintiff provided Defendant with a detailed and itemized estimate of the damages and repair recommendations.

15. Despite having received detailed and itemized damage estimates and repair recommendations to the Property, Defendant has refused, and continues to refuse, to fully cover and pay for the damages to the Property.

16. Before filing this lawsuit, Plaintiff provided Defendant with multiple opportunities to fully cover this loss and to pay for the repairs to the Property.

17. Because of Defendant's refusal to fully cover and pay for the damages to the Property owed under the insurance policy, it has become necessary for Plaintiff to retain legal counsel and incur attorneys' fees and litigation costs in connection with this lawsuit.

18. Therefore, Defendant is obligated to pay for Plaintiff's attorneys' fees and costs pursuant to sections 627.428, 57.041, and 92.23 of the Florida Statutes.

19. Plaintiff has complied with all conditions precedent to entitle them to recover under the insurance policy, or in the alternative, such conditions have been waived or excused from performance because of the representations, omissions, and/or conduct of Defendant.

## COUNT I: BREACH OF CONTRACT

20. Plaintiff reincorporates paragraphs 1 through 19 as if fully set forth herein.

21. This is a claim for damages in excess of $30,000, not including attorneys' fees, interest, and litigation costs.

22. The Property has sustained physical damage as a result of a peril that is a covered loss or peril under the insurance policy purchased by Plaintiffs and issued by Defendant.

23. Plaintiff has made a claim and application for insurance benefits to Defendant under the insurance policy.

24. Defendant has materially breached the insurance policy, or insurance contract, by failing and refusing to timely pay the full benefits and amounts owed under the insurance policy.

25. As a direct result of Defendant's material breaches of the insurance policy, Plaintiff has suffered and continue to suffer damages, including but not limited to compensatory damages, consequential damages, pre-judgment interest, post-judgment interest, and attorneys' fees and costs.

   WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against Defendant and to award Plaintiff compensatory damages, consequential damages, pre-judgment interest, post-judgment interest, and attorneys' fees and litigation costs (including expert witness fees and costs) pursuant to sections 627.428, 627.70131, 57.041, and 92.231 of the Florida Statutes, and as may otherwise be allowed by any other statute, rule, or contract provision.

## COUNT II: DECLARATORY ACTION

26. Plaintiff reincorporates paragraphs 1 through 19 as if fully set forth herein.

27. Plaintiff contends that the losses and claims at issue are covered under the insurance policy.

28. Plaintiff seeks this Court's determination of the existence or non-existence of Plaintiff's rights under the insurance policy in light of Defendant's refusal to pay the claims and its denial of coverage, in whole or in part, under the insurance policy.

29. Specifically, Defendant has asserted that the claims are not covered, in whole or in part, and/or are subject to exclusions under the insurance policy, and/or that the claims are not covered, in whole or in part, based upon its interpretation of other policy provisions, terms, or conditions.

30. Plaintiff contends that the claims are covered and are not excluded under the insurance policy.

31. Although Plaintiff contends that Defendant's denials of coverage are improper, Plaintiff has an actual present and practical need for a declaration of rights under the insurance policy pursuant to the Florida Statutes.

32. As a direct and proximate result of the foregoing conflicting positions of the parties, there is an actual, bona-fide controversy between the parties that requires judicial interpretation as to whether coverage is owed under the subject insurance policy.

WHEREFORE, Plaintiff respectfully requests that a declaratory judgment be entered against Defendant declaring that the claims and damages to the Property are covered under the insurance policy; that Plaintiff is entitled to the benefits and compensation under the insurance policy; and awarding Plaintiff's attorneys' fees and litigation costs (including expert witness fees and costs) pursuant to sections 627.428, 627.70131, 57.041, and 92.231 of the Florida Statutes, and as may otherwise be allowed by Florida's Declaratory Judgment Act, or any other statute, rule, or contract provision.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

## DESIGNATION OF ATTORNEY EMAIL ADDRESS PURSUANT TO FLA. R. JUD. ADMIN. 2.516

Plaintiff's undersigned counsel hereby designates the following email addresses to receive service of documents in this proceeding:

Primary: KNowicki@nrhnlaw.com

Secondary: ZTaylor@nrhnlaw.com.

This Complaint is respectfully submitted on this 23rd day of June, 2021.

THE LAW OFFICE OF NOONEY,
ROBERTS, HEWETT, & NOWICKI

/s/ *Zachary M. Taylor*

**Zachary M. Taylor, Esq.**
Florida Bar No. 1025725
Ztaylor@nrhnLaw.com
**Kristopher M. Nowicki, Esq.**
Florida Bar No. 89175
Kowicki@nrhnLaw.com
1680 Emerson Street
Jacksonville, FL 32207
Telephone: (904) 309-8616
Facsimile: (904) 858-9943

# Exhibit A

| | | | |
|---|---|---|---|
|  **Questions about your Policy?** Call 1-904-268-0503 or 1-800-562-6039 | Policy Number: H32-251-332370-10 0 5 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims |  |

 **ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations
# Liberty Mutual Fire Insurance Company
# Total 12 Month Premium:  $1,089.00

## Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | David J Kastner | Policy Number: | H32-251-332370-10 0 5 |
| Mailing Address: | 10469 Greenmore Dr Jacksonville FL 32246-8721 | Policy Period: | 04/12/2020-04/12/2021 12:01 a.m. standard time at the address of the Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 04/12/2020 |

---

### DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your total policy premium.

|  | PREMIUM |
|---|---:|
| • Insurance to Value Discount | $ (82) |
| • Inflation Protection Discount | $ (41) |
| • Safe Homeowner Program | $ (176) |
| • Windstorm Construction Features Credit | $ (267) |
| • Protective Device Discounts:    Smoke/Heat Alarm-All Floors, Extinguishers and Dead Bolt Locks    Complete Reporting Police Alarm | $ (188) |
| Total Discounts and Benefits | $ (754) |

---

## Coverage Information

### Standard Policy

| SECTION I COVERAGES | LIMITS | PREMIUM |
|---|---:|---|
| A. Dwelling | $ 168,800 | |
| B. Other Structures on Insured Location | $ 16,880 | |
| C. Personal Property with Replacement Cost | $ 118,160 | |
| D. Loss of Use of Insured Location | $ 33,760 | |



| Want to Add a Coverage? Call 1-904-268-0503 or 1-800-562-6039 to talk to your agent about the availability of this coverage and whether it meets your needs. | Policy Number: H32-251-332370-10 0 5 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims |  |

## Coverage Information continued

| SECTION II COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| E. Personal Liability (each occurrence) | $ 100,000 | |
| F. Medical Payments to Others (each person) | $ 1,000 | |

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of: $1,000

### Losses as a result of Hurricane are subject to a deductible of 2%: $3,376

Losses as a result of Sinkhole are subject to a deductible of 10% of coverage A: $16,880

| Total Standard Policy | $ 1,636 |
|---|---|

Standard premium allocated for hurricane losses: $ 299
Standard premium allocated for all other losses: $ 1,337

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Amendatory Mold End | $ | 10,000/ 20,000 | $ 0 |
| Credit Card, Fund Transfer, Forgery | $ | 1,000 | $ 0 |
| Personal Property Replacement Cost | | | $ 164 |
| Ordinance Or Law 25% | | | $ 41 |
| Total Additional Coverages | | | $ 205 |

| OTHER CHARGES | PREMIUM |
|---|---|
| Florida Emergency Management Surcharge | $ 2.00 |
| Florida Building Code Effectiveness Grade Charge ** | $ 0.00 |
| Total Other Charges | $ 2.00 |

| Total 12 Month Policy Premium: $1,089.00 |
|---|

### Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- Home Computer and Smartphone: If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- Identity Fraud Expense: A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

 **Want to Add a Coverage?**
Call 1-904-268-0503 or
1-800-562-6039 to talk to your
agent about the availability of
this coverage and whether it
meets your needs.

Policy Number:
H32-251-332370-10 0 5

Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims



### Additional Coverages and Products Available* (continued)

- Water Backup and Sump Pump Overflow: Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

### Mortgage Information

Mortgagee 1:
JPMORGAN CHASE
BANK, N.A. ISAOA
ITS SUCCESSORS
AND/OR ASSIGNS
LOAN NO. 1186566270
PO Box 47020
Atlanta, GA 30362

Mortgagee 2:
FLORIDA TELCO CREDIT
UNION
LOAN NO. 117007 1
PO Box 16688
Jacksonville, FL
32245-6688

### Policy Forms and Endorsements: The following forms and endorsements are applicable to your policy

LibertyGuard® Deluxe Homeowner Policy (FMHO 943 03 17)

Personal Property Replacement Cost (FMHO 2993 0515)

Credit Card, Fund Transfer, Forgery (HO 04 53 04 91)

Protective Devices (HO 04 16 04 91)

Ordinance Or Law (FMHO-1068)

Special Provisions - Florida (FMHO 1067 1016)

Amendatory Endorsement (FMHO-2493 5/03)

No Secll/Limit I-Daycare (HO 04 96 04 91)

Inflation Protection (FMHO-2835 11 03)

Sinkhole Loss (FMHO 3286 10 11)

Amendatory Mold End (FMHO 3468 0813)

Calendar Year Hurr Ded % (FMHO-1158 R1)

Lead Poisoning Exclusion (FMHO-976 05/92)

Seepage Exclusion Endorsement (FMHO 3314 10 11)

LMHC Membership (2340)

### Important Messages

 Questions about your Policy? Call 1-904-268-0503 or 1-800-562-6039 | Policy Number: H32-251-332370-10 0 5 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims | 

Important Messages (continued)

LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

This policy contains a separate deductible for sinkhole losses, which may result in high out-of-pocket expenses to you. Please read it carefully.

| | | | |
|---|---|---|---|
| Questions about your Policy?<br>Call 1-904-268-0503 or<br>1-800-562-6039 | Policy Number:<br>H32-251-332370-10 0 5 | Report a Claim:<br>1-800-2CLAIMS or<br>LibertyMutual.com/Claims |  |

## Additional Information

In the event of a hurricane and/or sinkhole loss, your Dwelling Coverage (Coverage A) may be automatically increased in accordance with the Inflation Protection endorsement. In these cases, a hurricane and/or sinkhole deductible that is based on a percentage of dwelling coverage would also reflect this increase.

**A rate adjustment of $0.00 is included to reflect building code effectiveness grading schedule in your area. Adjustments ranged from 2% surcharge to 1-13% credit.

LibertyGuard® Deluxe Homeowners Policy Declarations provided and underwritten by Liberty Mutual Fire Insurance Company (a stock insurance company), Boston, MA.

*David H. Long*
David H. Long
President

*Mark C. Touhey*
Mark C. Touhey
Secretary

This policy, including endorsements listed above, is countersigned by:

*Mary Beth Kees*
Mary Beth Kees
Authorized Representative

FMHO 3047 05 16       THIS IS NOT YOUR HOME INSURANCE BILL. YOU WILL BE BILLED SEPARATELY.       Page 5 of 5