# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

DAVID KASTNER, an individual,

     Plaintiff,

v.                                                                      Case No. 3:21-cv-1031-TJC-LLL

LIBERTY MUTUAL FIRE
INSURANCE COMPANY, a Florida
Profit Corporation,

     Defendant.

_____

## O R D E R

     Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 21),

filed on July 5, 2022, this case is dismissed with prejudice. The Clerk should close

the file.

     **DONE AND ORDERED** in Jacksonville, Florida this 7th day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record